```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ADMARKETPLACE, INC.,
                                    :
           Plaintiff,               :      ORDER
      -against-                     :      09 Civ. 5243 (MHD)
MICHAEL M. FROMMER, et. al.,        :
                                    :
           Defendants.
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby ORDERED that an initial conference has been rescheduled in the above-captioned action on **THURSDAY, SEPTEMBER 24, 2009, at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       September 17, 2009

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Tristan C. Loanzon, Esq.
Loanzon Sheikh, LLC
112 Madison Avenue, 5th Floor
New York, NY 10016

Daniel Ethan Hirschel, Esq.
Hirschel Law Firm, P.C.
226 Seventh Street, Suite 201
Garden City, NY 11530